# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MELANIE C. DEWAR**
    **Plaintiff,**

vs.                              1:08CV240-MP/AK

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**
_____/

## O R D E R

Presently before the Court is Defendant's Motion to Extend Time to file an answer. (Doc. 10). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and defendant shall have through March 9, 2009, to respond to the complaint.

**DONE AND ORDERED** this  **9th**  day of February, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**