IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELANIE C DEWAR,

    Plaintiff,

v.          CASE NO. 1:08-cv-00240-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that the motion of the Commissioner to remand this matter under sentence six of 42 U.S.C. § 405(g). The time for filing objections has passed, and none have been filed. After consideration, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This matter is hereby REMANDED to the Commissioner under sentence six for further proceedings by the Appeals Council. The parties are directed to file a Status Report on or before May 20, 2009, advising the Court of the status of the administrative proceedings and every 90 days thereafter until the matter is fully resolved.

**DONE AND ORDERED** this _13th_ day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge