IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELANIE C DEWAR,

    Plaintiff,

v.                          CASE NO. 1:08-cv-00240-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 19, 2015. (Doc. 46). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 47. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits before April 24, 2007, is affirmed .

**DONE AND ORDERED** this   *25th* day of March, 2015

                                       *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge